IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                       PLAINTIFF

v.                                    2:10CV00042SWW/JTK

KATHY STEWART, et al.                                                DEFENDANTS

ORDER

This matter is before the Court on the defendants' motion to dismiss (Doc. No. 19). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion to dismiss within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS FURTHER ORDERED that defendants shall provide to the Court the last-known address of defendant Kathy Stewart, as previously ordered on May 17, 2010 (Doc. No. 15), within ten days of the date of this Order.

IT IS SO ORDERED this 8th day of June, 2010.

_____
United States Magistrate Judge