IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                              PLAINTIFF

2:10CV00042SWW/JTK

KATHY STEWART, et al.                                                                           DEFENDANTS

ORDER

By Order dated June 8, 2010, this Court directed defendants to provide the last-known address of defendant Kathy Stewart, who has not yet been served (Doc. No. 21).  Defendants have responded by email for security purposes, and have clarified defendant's name as Kathy Steward. This Court will direct that such response be filed under seal, and will direct the re-issuance of service on defendant Steward at the address noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the address set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendant Kathy Steward, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that the Clerk shall change the style of the case to reflect the correct names of this defendant.

1

IT IS SO ORDERED this 22nd day of June, 2010.

_____
United States Magistrate Judge