IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                              PLAINTIFF

2:10CV00042SWW/JTK

KATHY STEWART, et al.                                                                          DEFENDANTS

ORDER

By Order dated June 22, 2010, this Court ordered inter alia that the Clerk change the style of the case to reflect the correct name of the defendant as Kathy Steward. It has since come to the Court's attention that the name correction was a scrivener's error.

IT IS, THEREFORE, ORDERED that the Clerk shall change the style of the case to reflect the correct name of this defendant as Kathy Stewart.

IT IS FURTHER ORDERED that the Clerk prepare a summons for the defendant Kathy Stewart, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendant at the address provided under seal, without prepayment of fees and costs or security therefor.

SO ORDERED this 23rd day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE