IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                              PLAINTIFF

v.                                          2:10CV00042SWW/JTK

KATHY STEWART, et al.                                                                         DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss (Doc. No. 19) is hereby GRANTED IN PART with respect to all claims against defendants Jackson, Clay, Cody, and Harmon, and DENIED with respect to the retaliatory disciplinary claim against defendant Stewart.

IT IS SO ORDERED this 12th day of August, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE