**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,                                                                                                    PLAINTIFF
ADC #78730

v.                                        2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                                                         DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration of this Court's September 3, 2010 Order denying his Motion for Appointment of Counsel (Doc. No. 50).  In support of the Motion, Plaintiff directs the Court to his Motion for Preliminary Injunctive Relief, in which he alleges Defendants confiscated all his legal files and materials.  However, on September 17, 2010, this Court issued a Proposed Findings and Recommendation, recommending that Plaintiff's Motion for Preliminary Injunctive Relief be granted in part, to the extent that he should be allowed to keep and have access to the pleadings and exhibits in this case (Doc. No. 51).  In light of such, Plaintiff's Motion for Reconsideration (Doc. No. 50) is hereby DENIED.

IT IS SO ORDERED this 23rd day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE