IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                                  PLAINTIFF

v.                                       2:10CV00042SWW/JTK

KATHY STEWART                                                                                       DEFENDANT

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED:

1) Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 37), is GRANTED IN PART AND DENIED IN PART.

2) Plaintiff's Motion is GRANTED to the extent that he should be allowed to keep and have access to the pleadings and exhibits in this case.

3) Plaintiff's Motion is DENIED in all other respects.

IT IS SO ORDERED this 24th day of September, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE