**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,                                                                                           PLAINTIFF
ADC #78730

v.                                          2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                                              DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion for Sanctions for Obstruction of Justice (Doc. No. 58). Defendants filed a Response in opposition to the Motion (Doc. No. 60).

This Court previously ruled, in response to Plaintiff's Motion for Preliminary Injunctive Relief, that Plaintiff should be permitted to keep copies of pleadings and exhibits in this case in his personal storage lockbox in his cell (Doc. No. 56). Plaintiff now complains Defendants are limiting him to keeping legal material related only to his four active cases, and states there is not sufficient space in his property locker box to keep these materials. Plaintiff states Defendants' conduct obstructs justice and he asks for sanctions.

In their Response, Defendants state Plaintiff is permitted to keep any legal materials relevant to his active cases in his personal property box, and that there should be sufficient room for such in his box. Defendants state Plaintiff refuses to separate the pleadings and exhibits in these cases from his other legal materials, which results in excess paperwork. Defendants state they have not willfully disobeyed the Court's orders, and have encouraged Plaintiff to identify the pleadings and exhibits in his four active cases for storage in his personal storage box.

Having reviewed the parties' submissions, the Court finds Plaintiff's Motion should be denied. Accordingly,

1

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Sanctions for Obstruction of Justice (Doc. No. 58) is hereby DENIED.

IT IS SO ORDERED this 20th day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE