**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,
ADC #78730                                                                                              PLAINTIFF

v.                                          2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                                       DEFENDANTS

## **ORDER**

Defendants shall file a Response to Plaintiff's Motion to Enforce Order (Doc. No. 63) within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE