**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,                                                                                     PLAINTIFF
ADC #78730

v.                                    2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                      DEFENDANTS

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Enforce (Doc. No. 63). Defendants filed a Response in opposition to the Motion (Doc. No. 72).

This Court previously granted in part Plaintiff's Motion for Preliminary Injunctive Relief, finding he should be permitted to retain copies of the pleadings and exhibits in this case in his personal lock box in his cell (Doc. No. 56). In the present Motion, Plaintiff states Defendants continue to deny him the ability to keep copies of pleadings and other papers associated with his seven legal matters. In their Response, Defendants state Plaintiff is permitted to keep copies of the pleadings and exhibits in this case, and that they have not disobeyed the Court's previous Order. Defendants further state Plaintiff insists on retaining documents associated with other cases, some of which have been dismissed, together with other personal and commissary items, all of which do not fit into his personal lock box. Defendants state Plaintiff has four active cases in federal court, and that the pleadings and exhibits associated with those cases should fit into his lock box.

The Court notes that Plaintiff does not claim Defendants are denying him access to the pleadings and exhibits associated with this case, which is the sole issue set forth in the previous Order. To that extent, therefore, Plaintiff's Motion will be denied. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Enforce (Doc. No. 63) is hereby DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for an Extension of Time in which to Respond (Doc. No. 71) is hereby GRANTED.

IT IS SO ORDERED this 1st day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE