# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DAVID WILLIAMS,                                                                                              PLAINTIFF
ADC #78730

v.                                            2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff's Motion for Reconsideration of the Court's December 1, 2010 Order denying his Motion to Enforce (Doc. No. 77) is DENIED, for the reasons set forth in the Court's Order.

IT IS SO ORDERED this 27th day of December, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE