**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,                                                                             PLAINTIFF
ADC #78730

2:10-cv-00042-SWW-JTK

KATHY STEWART                                                          DEFENDANT

**ORDER**

This matter is before the Court on Plaintiff's Motions to Amend and to Compel (Doc. Nos. 90, 91).

In his Motion to Amend, Plaintiff asks to Amend his Response to Defendants' Motion for Order to Show Cause, filed on February 25, 2011. The Court will grant this request.[1]

In his Motion to Compel, Plaintiff asks the Court to order Defendants to permit him to keep all of his active cases in his cell property box. On September 24, 2010, the Court granted in part Plaintiff's Motion for Preliminary Injunctive Relief, and directed that Plaintiff be permitted to keep the pleadings and exhibits in <u>this</u> case in his cell property box (Doc. No. 56). Although Plaintiff continues to ask the Court to order Defendants to provide him access to all his cases, he does not indicate in his present Motion that Defendants have violated that Order with respect to documents associated with <u>this</u> particular case. Therefore, Plaintiff's Motion will be denied. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Amend his Response (Doc. No. 90) is GRANTED.

---

[1] The Court denied Defendants' Motion for Order to Show Cause on March 24, 2011 (Doc. No. 92).

1

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel (Doc. No, 91) is DENIED.

IT IS SO ORDERED this 31st day of March, 2011.

/s/ Jerome T. Kearney

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE