**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,
ADC #78730                                                                                                PLAINTIFF

v.                                        2:10-cv-00042-SWW-JTK

KATHY STEWART, et al.                                                                           DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Permanent Injunction (Doc. No. 116) is DENIED.

IT IS SO ORDERED this 16th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE