IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:10CV0042 SWW |
| | * | |
| KATHY STEWART, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiff's motion for an extension of time to file objections to proposed findings and recommendation. The motion [docket entry 140] is granted. Plaintiff has until and including November 28, 2011, to file his objections.

DATED this 17th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE