**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WILLIAMS,
ADC #78730                                                                                              PLAINTIFF

v.                                         2:10-cv-00042-SWW-JTK

KATHY STEWART                                                                                    DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 127) is GRANTED, and Plaintiff's Complaint against Defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 1st day of December, 2011.


                                                                    /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE