## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                                       PLAINTIFF

v.                                           2:10-cv-00042-SWW-JTK

KATHY STEWART                                                                                          DEFENDANT

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 1st day of December, 2011.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE